UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                         §
                                               §
HIBBEN, KENNETH A                              §    Case No. 12-11877
HIBBEN, DEBORAH A                              §
                                               §
                                               §
         Debtor(s)                             §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　CLERK OF THE COURT
　　　　　　　　219 S. Dearborn
　　　　　　　　Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 01/10/2014 in Courtroom ,
　　　　　　　Joliet City Hall
　　　　　　　150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/05/2013                    By: /s/ Michael G. Berland
                                                          Trustee


MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HIBBEN, KENNETH A § Case No. 12-11877
HIBBEN, DEBORAH A §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 65,000.00 |
| and approved disbursements of | $ | 4,800.00 |
| leaving a balance on hand of[1] | $ | 60,200.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Internal Revenue Service | $ 3,131.31 | $ 3,131.31 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 60,200.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 6,260.00 | $ 0.00 | $ 6,260.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,260.00 |
| Remaining Balance | | $ | 53,940.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 48,787.15  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Internal Revenue Service | $ 48,787.15 | $ 0.00 | $ 48,787.15 |
| | Total to be paid to priority creditors | | | $ 48,787.15 |
| | Remaining Balance | | | $ 5,152.85 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 199,561.56  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | American InfoSource LP as agent for | $ 194.25 | $ 0.00 | $ 5.02 |
| 000003 | Illinois Department of Revenue | $ 17,497.84 | $ 0.00 | $ 451.81 |
| 000004 | JPMorgan Chase Bank, N.A. | $ 181,869.47 | $ 0.00 | $ 4,696.02 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,152.85 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                              Case No. 12-11877-BWB
Kenneth A Hibben
Deborah A Hibben                                                    Chapter 7
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: wepps                 Page 1 of 2                  Date Rcvd: Dec 06, 2013
                               Form ID: pdf006             Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2013.
db/jdb        +Kenneth A Hibben,    Deborah A Hibben,    2535 Deerpoint Drive,    Montgomery, IL 60538-4052
18676946      +ATG Credit,    Acct: Valley Imaging,    PO Box 14895,    Chicago, IL 60614-8542
18676947       Blatt Hasenmiller Leibsker et,    Acct: Unifund CCR Partner,    125 S. Wacker Dr  #400,
                Chicago, IL  60606-4440
18676948      +Emergency Treatment,    Attn: Bankruptcy Dept,    900 Jorie Blvd  #220,    Oak Brook, IL 60523-3846
18676949      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court:   Illinois Dept of Revenue,    Bankrupt Dpt- Level 7-425,
                100 W. Randolph St,    Chicago, IL  60606)
19149414       Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
19302990       JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                Rochester, MI  48308-0730
18676956      +MQC Collection,    RE: Pathology Assc Aurora,    PO Box 140700,    Toledo, OH 43614-0700
18676954      +Medical Business Bureau,    RE Rush Copley Med Ctr,    1460 Renaissance Dr,  #400,
                Park Ridge, IL 60068-1349
18676953       Medical Business Bureau,    RE: Rush Copley Med Ctr,    PO Box 1219,    Park Ridge, IL  60068-7219
18676957      +Unifund CCR Partners,    Attn Bankruptcy Dept,    11802 Conrey Rd  #200,
                Cincinnati, OH 45249-1075
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19074412       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 07 2013 00:50:22
                American InfoSource LP as agent for,    Edward and Linden Oaks Hospitals,    PO Box 248838,
                Oklahoma City, OK  73124-8838
18676952       E-mail/Text: cio.bncmail@irs.gov Dec 07 2013 00:43:38      Internal Revenue Service,
                Centralized Insolvency Operat,    PO BOX  7346,    Philadelphia, PA  19101-7346
19074127       E-mail/Text: ECF@SHERMETA.COM Dec 07 2013 00:44:21      JPMorgan Chase Bank, N.A.,
                c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI  48308-0908
18676955       Fax: 847-227-2151 Dec 07 2013 01:42:05      Medical Recovery Specialist,    Acct: Edward Hospital,
                2250 E. Devon  #352,    Des Plaines, IL  60018-4519
20726878       E-mail/PDF: rmscedi@recoverycorp.com Dec 07 2013 00:52:34
                Recovery Management Systems Corporation,    (GE Capital Retail Bank),
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18676950*     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court:   Illinois Dept of Revenue,    RE: Bankrupt Dpt-Level 7-425,
                100 W. Randolph St,    Chicago, IL  60606)
18676951*     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court:   Illinois Dept of Revenue,    RE: Bankrupt Dpt Level 7-425,
                100 W. Randolph St,    Chicago, IL  60606)
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2013 at the address(es) listed below:
              Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net,
               IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Michael G Berland    einstein829@earthlink.net,    IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard S Bass    on behalf of Debtor Kenneth A Hibben rbass@corpoffices.com
              Richard S Bass    on behalf of Joint Debtor Deborah A Hibben rbass@corpoffices.com
```

```
District/off: 0752-1           User: wepps                 Page 2 of 2                  Date Rcvd: Dec 06, 2013
                               Form ID: pdf006             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5