UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
HIBBEN, KENNETH A § Case No. 12-11877
HIBBEN, DEBORAH A §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                    Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                    Claims Discharged
                                                     Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER  ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

 4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

 5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

 Dated: _____    By:/s/MICHAEL G. BERLAND_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kenneth Hibben |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | INTERNAL REVENUE SERVICE |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Illinois Dept of Revenue Bankrupt Dpt- Level 7-425 100 W. Randolph St Chicago IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :10 Internal Revenue Service Centralized Insolvency Operat PO BOX 7346 Philadelphia PA 19101-7346 | | | | | |
| | Creditor # :2 Illinois Dept of Revenue RE: Bankrupt Dpt Level 7-425 100 W. Randolph St Chicago IL 60606 | | | | | |
| | Creditor # :3 Illinois Dept of Revenue RE: Bankrupt Dpt Level 7-425 100 W. Randolph St Chicago IL 60606 | | | | | |
| | Creditor # :4 Illinois Dept of Revenue RE: Bankrupt Dpt Level 7-425 100 W. Randolph St Chicago IL 60606 | | | | | |
| | Creditor # :5 Illinois Dept of Revenue RE: Bankrupt Dpt- Level 7-425 100 W. Randolph St Chicago IL 60606 | | | | | |
| | Creditor # :6 Illinois Dept of Revenue RE: Bankrupt Dpt Level 7-425 100 W. Randolph St Chicago IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :7 Internal Revenue Service Centralized Insolvency Operat PO BOX 7346 Philadelphia PA 19101-7346 | | | | | |
| | Creditor # :8 Internal Revenue Service Centralized Insolvency Operat PO BOX 7346 Philadelphia PA 19101-7346 | | | | | |
| | Creditor # :9 Internal Revenue Service Centralized Insolvency Operat PO BOX 7346 Philadelphia PA 19101-7346 | | | | | |
| 000001B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 ATG Credit Acct: Valley Imaging PO Box 14895 Chicago IL 60614-4895 | | | | | |
| | Creditor # :2 Blatt Hasenmiller Leibsker et Acct: Unifund CCR Partner 125 S. Wacker Dr #400 Chicago IL 60606-4440 | | | | | |
| | Creditor # :3 Emergency Treatment Attn: Bankruptcy Dept 900 Jorie Blvd #220 Oak Brook IL 60523 | | | | | |
| | Creditor # :4 Medical Business Bureau RE: Rush Copley Med Ctr PO Box 1219 Park Ridge IL 60068-7219 | | | | | |
| | Creditor # :5 Medical Business Bureau RE Rush Copley Med Ctr 1460 Renaissance Dr, #400 Park Ridge IL 60068 | | | | | |
| | Creditor # :6 Medical Recovery Specialist Acct: Edward Hospital 2250 E. Devon #352 Des Plaines IL 60018-4519 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :7 MQC Collection RE: Pathology Assc Aurora PO Box 140700 Toledo OH 43614 | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000004 | JPMORGAN CHASE BANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 12-11877   BL   Judge: Bruce W. Black | Trustee Name: MICHAEL G. BERLAND |
| Case Name: HIBBEN, KENNETH A | Date Filed (f) or Converted (c): 03/26/12 (f) |
| HIBBEN, DEBORAH A | 341(a) Meeting Date: 04/23/12 |
| For Period Ending: 06/04/14 | Claims Bar Date: 08/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Books / Collectibles | 300.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 6. Insurance Policies | 1.00 | 0.00 | | 0.00 | FA |
| 7. Interest in father's estate | 30,000.00 | 65,000.00 | | 65,000.00 | FA |
| The monies were received from the settlement after the reporting date of September 30, 2013. | | | | | |
| 8. Vehicles | 2,500.00 | 0.00 | | 0.00 | FA |
| 9. Vehicles | 2,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $38,601.00   $65,000.00   $65,000.00   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

This case involves a possible inheritance.

Initial Projected Date of Final Report (TFR): 06/30/13    Current Projected Date of Final Report (TFR): 12/31/15

LFORM1   Ver: 17.04c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-11877 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | HIBBEN, KENNETH A | | Bank Name: | Congressional Bank |
| | HIBBEN, DEBORAH A | | Account Number / CD #: | *******0726 Checking Account |
| Taxpayer ID No: | *******2554 | | | |
| For Period Ending: | 06/04/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/16/13 | 7 | Catherine O'Neill<br>Samuel Hibben trust | Settlement of inheritance per court | 1129-000 | 65,000.00 | | 65,000.00 |
| 10/21/13 | 001001 | Kenneth Hibben | Payment of exemption to debtor per court order | 8100-000 | | 4,800.00 | 60,200.00 |
| 11/05/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 31.91 | 60,168.09 |
| 01/14/14 | 001002 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 6,260.00 | 53,908.09 |
| 01/14/14 | 001003 | Internal Revenue Service<br>Centralized Insolvency Operat<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Claim 000001B, Payment 100.00000% | 5300-000 | | 48,787.15 | 5,120.94 |
| 01/14/14 | 001004 | United States Bankruptcy Court<br>IL | Claim 000002, Payment 2.56371%<br>American InfoSource LP as agent for<br>Edward and Linden Oaks Hospitals<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | 7100-000 | | 4.98 | 5,115.96 |
| 01/14/14 | 001005 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Claim 000003, Payment 2.56609% | 7100-000 | | 449.01 | 4,666.95 |
| 01/14/14 | 001006 | JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 | Claim 000004, Payment 2.56610% | 7100-000 | | 4,666.95 | 0.00 |

Page Subtotals 65,000.00 65,000.00

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-11877 -BL |
| Case Name: | HIBBEN, KENNETH A |
| | HIBBEN, DEBORAH A |
| Taxpayer ID No: | *******2554 |
| For Period Ending: | 06/04/14 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0726 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 65,000.00 | 65,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 65,000.00 | 65,000.00 | |
| | | | Less: Payments to Debtors | | | 4,800.00 | |
| | | | Net | | 65,000.00 | 60,200.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - ********0726 | | 65,000.00 | 60,200.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 65,000.00 | 60,200.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*